UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

JOAN ROTH,                                      :        No. 5:15-cv-1192
          Plaintiff,                           :
                                            :
          v.                                   :
                                            :
CAROLYN W. COLVIN,                              :
                Defendant.               :

_____

# **O R D E R**

      **AND NOW**, this 23rd day of February, 2016, for the reasons set forth in the

Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

        1.      Defendant's Motion for Summary Judgment, ECF No. 19, is **GRANTED**;

        2.      Judgment is **ENTERED** in favor of Defendant and against Plaintiff;

        3.      The Clerk of Court shall **CLOSE** this case.

                                    BY THE COURT:

                                    */s/ Joseph F. Leeson, Jr.*_____
                                    JOSEPH F. LEESON, JR.
                                    United States District Judge